## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA)

In re: JIHOON PARK,            *

       Debtor.           *      **Case No. 25-10081-BFK**
                              **Chapter 7**
                              *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MML INVESTORS SERVICES, LLC,**    *

       **Plaintiff,**       *
**v.**                                 **Adv. Proc. No. 25-01022-BFK**
                              *
**JIHOON PARK,**

                              *
       **Defendants.**

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>ORDER OF DISMISSAL, WITHOUT PREJUDICE</u>

It appearing that this adversary proceeding challenging the dischargeability of debt has been rendered moot by this Court's approval on May 30, 2025, of a written Waiver of Discharge executed by defendant Jihoon Park, the debtor in the above-captioned Chapter 7 case (the "Debtor"), and for the reasons stated on the record at the Initial Pretrial Conference held in this proceeding on June 23, 2025, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby

ORDERED, that the above-captioned adversary proceeding shall be, and is hereby, DISMISSED, without prejudice; and it is further

ORDERED, that plaintiff MML Investors Services, LLC reserves all rights with respect to the subject matter raised in this adversary proceeding, including, without limitation, the right

Bradley J. Swallow (VSB No.32170)
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202
(410) 659-8320
Attorneys for Defendant MML Investors Services, LLC

to refile or reopen such proceeding in the event the Debtor should in the future become eligible

to obtain a discharge in this case.

Date: ___Jun 23 2025_____                    ___/s/ Brian F Kenney_____
                                                   Brian F. Kenney
                                                   United States Bankruptcy Judge

                                                   Entered on Docket: ___Jun 24 2025_____

WE ASK FOR THIS:

/s/ Bradley J. Swallow_____
Bradley J. Swallow, Esq.
Funk & Bolton, P.A.
100 Light Street, Suite 1400
Baltimore, Maryland 21202
VSB No. 32170
Office-410-659-8320
Fax 410-659-7773
E-Mail: bswallow@fblaw.com

*Counsel for Plaintiff MML Investors Services, LLC*

## Local Rule 9022-1(c) Certification

I hereby certify that the foregoing Order of Dismissal, Without Prejudice has been
endorsed by all necessary parties.

                                                   /s/ Bradley J. Swallow_____

Copies to:

        James Yim Victory, Esquire (via mail)
        HanmiCenter for Justice
        4216 Evergreen Lane, No. 131
        Annandale, Virginia  22003
        Attorneys *for the Debtor*
        hanmicenter@gmail.com

        Jihoon Park
        4619 Granite Rock Court
        Chantilly, Virginia  20151

**END OF ORDER**